IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| M.E.C.M.,  :  | | |
| : | | |
| Petitioner,  : | | |
| : | | |
| v.  : | Case No. 4:25-cv-379-CDL-AGH | |
| : | 28 U.S.C. § 2241 | |
| Warden, STEWART DETENTION  : | | |
| CENTER, *et al.*,  : | | |
| : | | |
| Respondents.  : | | |

## **ORDER**

Pending before the Court is Petitioner's application for a writ of habeas corpus (ECF No. 1). Petitioner is a native and citizen of Nicaragua who entered the United States in 2021 and has resided here ever since. Pet. ¶¶ 1-2, ECF No. 1; Stephens Decl. ¶¶ 3, 6, ECF No. 5-1. On October 14, 2025, she was taken into United States Immigration and Customs Enforcement ("ICE") custody and has been detained since then. Pet. ¶ 3; Stephens Decl. ¶ 7. Petitioner contends that she is entitled to a discretionary bond hearing under 8 U.S.C. § 1226(a). Respondents argue that Petitioner is not entitled to a bond hearing because she is detained under 8 U.S.C. § 1225(b)(1), which mandates detention for certain aliens, without an opportunity for a bond hearing.

As Respondents concede, though, the issues presented in this action are identical to the issues the Court decided in *J.A.M. v. Streeval*, No. 4:25-cv-342-CDL, 2025 WL 3050094 (M.D. Ga. Nov. 1, 2025) and *M.M.M. v. Streeval*, No. 4:25-cv-343-CDL, 2025 WL 3269947, at *2 (M.D. Ga. Nov. 24, 2025). Based on the Court's rationale in *J.A.M.* and *M.M.M.*, the Court finds that Petitioner's detention is governed by 8 U.S.C.

§ 1226(a).  The Court thus grants Petitioner's petition for a writ of habeas corpus to the extent that the Court orders Respondents to provide Petitioner with a bond hearing to determine if Petitioner may be released on bond under § 1226(a)(2) and the applicable regulations. *See* 8 C.F.R. §§ 236.1 & 1236.1.

**IT IS SO ORDERED**, this 26th day of November, 2025.

                                        s/Clay D. Land
                                        CLAY D. LAND
                                        U.S. DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA